THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, v. HARRY NICHOLSON, Defendant-Appellant.

Fourth District    No. 4—97—0378

Argued July 14, 1998.—Opinion filed September 30, 1998.

The opinion filed September 30, 1998,
was withdrawn per an order entered
April 23, 1999.